COURT OF APPEALS OF VIRGINIA

Present:  Judges Baker, Willis and Overton
Argued at Norfolk, Virginia


STEPHEN SCHAFFER BARETT

MEMORANDUM OPINION[*] BY
v.          Record No. 1412-95-1          JUDGE NELSON T. OVERTON
JUNE 11, 1996
COMMONWEALTH OF VIRGINIA

FROM THE CIRCUIT COURT OF THE CITY OF NEWPORT NEWS
Randolph T. West, Judge

R. L. Shrecengost for appellant.

Linwood T. Wells, Jr., Assistant Attorney
General (James S. Gilmore, III, Attorney
General, on brief), for appellee.


Stephen Schaffer Barett was convicted in a bench trial of possession of heroin in violation of Code § 18.2-250.  He argues on appeal that the evidence is insufficient to support the conviction.

Upon review of the record, construing the evidence in the light most favorable to the Commonwealth and granting to it all reasonable inferences fairly deducible therefrom, we cannot say that the ruling below was plainly wrong or unsupported by the evidence.

Accordingly, the conviction is affirmed.

Affirmed.

---

[*]Pursuant to Code § 17-116.010 this opinion is not designated for publication.